UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BRAYON WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-00103-SRW |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. On December 26, 2024, the Court returned to plaintiff his (1) unsigned complaint, and (2) unsigned application to proceed in district court without prepaying fees and costs. The Court ordered plaintiff to sign and return these filings to the Court. *See* ECF No. 3. The Court cautioned plaintiff that if he failed to do so, the Court would strike his unsigned filings, resulting in the dismissal of this action. Plaintiff has not signed and returned his filings, and the time for doing so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint and application to proceed in the district court without prepaying fees or costs are **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice**.

An Order of Dismissal will accompany this Opinion, Memorandum and Order.

Dated this 27th day of January, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE